# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JACQUELINE VALDEZ

VERSUS

EAGLE ENVIRONMENTAL
SERVICES, INC., RAYMOND
STURDIVANT AND PEERLESS
INSURANCE COMPANY

NO.  2019 CW 0846

**SEP 3 0 2019**

---

In Re:   Admiral Insurance Company, applying for supervisory
writs,  23rd  Judicial  District  Court,  Parish  of
Ascension, No. 117077.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

**JMM**
**WRC**

**Theriot, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT